Dismissed and Memorandum Opinion filed September 23, 2004









Dismissed and Memorandum Opinion filed September 23,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00467-CV

____________

 

PETER J. LAVALLE,
Appellant

 

V.

 

PAUL H.
LAVALLE, Individually and d/b/a PAUL HOUSTON LAVALLE, P.C. 
and/or d/b/a PAUL HOUSTON LAVALLE &
ASSOCIATES, P.C., and PAUL HOUSTON LAVALLE, P.C., Appellees

 



 

On Appeal from the
10th District Court

Galveston County,
Texas

Trial Court Cause
No. 01CV0383

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 7, 2004.

On September 17, 2004, the parties filed an agreed motion to
dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed September 23, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.